NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                      Criminal Number  21-mj-0048 (ZMF)

## Matthew Bledsoe
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA     ☒ RETAINED     ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Jerry Ray Smith, Jr., D.C. Bar No. 448699
*(Attorney & Bar ID Number)*
Jerry Ray Smith, Jr., Attorney at Law
*(Firm Name)*
717 D Street, N.W., Suite 310
*(Street Address)*
Washington, DC 20004
*(City)*   *(State)*   *(Zip)*
(202) 347-6101
*(Telephone Number)*